UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| VALERIANO DIVIACCHI, | Case No. 23-cv-02417-LB |
| Plaintiff, | |
| v. | **JUDGMENT** |
| STATE BAR OF CALIFORNIA, | |
| Defendant. | |

On September 6, 2023, the court granted the defendant's motion to dismiss. Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of the defendant and against the plaintiff. The court directs the Clerk of Court to close the file in this matter.

**IT IS SO ORDERED.**

Dated: September 6, 2023

LAUREL BEELER
United States Magistrate Judge

JUDGMENT – No. 23-cv-02417-LB